1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## SOUTHERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,

10                                  Plaintiff,

11   v.

12   FELIX LUCIANO,

13                                  Defendant.

Case No.: 22-cr-2201-JO

**ORDER CONTINUING MOTION HEARING/TRIAL SETTING**

14

15       On October 11, 2022, the parties filed a Joint Motion to Continue the Motion
16   Hearing/Trial Setting currently set for October 14, 2022 to December 2, 2022.  For good
17   cause appearing, the Court GRANTS the joint motion to continue [Dkt. 14] and sets the
18   Motion Hearing/Trial Setting on December 2, 2022 at 10:30 a.m.

19       For the reasons set forth in the joint motion, the Court finds that the ends of justice
20   will be served by granting the requested continuance, and these outweigh the interests of
21   the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this
22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23   //
24   //
25   //
26   //
27   //
28   //

22-cr-2201-JO

1   Further, on October 11, 2022, the Defendant filed a pretrial motion that remains

2   pending.  Accordingly, the Court finds that time from October 11, 2022 to December 2,

3   2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

4   pending.  18 U.S.C. § 3161(h)(1)(D).

5       IT IS SO ORDERED.

6   Dated:_____10/12/22_____

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22-cr-2201-JO